1  Damien Marshijon McDougland

2  Corcoran State Prison

3  AW 7937, B2-III

4  P.O. box 5102

5  Delano, CA. 93216

6  case number: 2:22-cv-02242-DB

7  cate title: Damien Marshijon McDougland v. J. Belluomini, et al.,

8                      United State District Court

9                      Eastern District of California

10                     Office of the clerk

11                     501 "I" street

12                     Sacramento, CA. 95814

13  Regarding: Appendum

14       Plaintiff, a state prisoner proceeding pro se, request that

15  each named defendant in this civil case pays plaintiff

16  In the amount of $50,000, for violating the rights of

17  the plaintiff under the eight amendment of the U.S.C.

18       The court enter judgment declaring the acts of all defendants

19  in this civil case to violate the eight amendment of the U.S.C.

20       That the court award general damages to plaintiff in the amount

21  of $100,000.

22       That the court award punitive damages to plaint in the amount

23  of $100,000.

24       That the court grant such other further relief to plaintiff

25  as it deems appropiate.

26  x Dumm Mobn      9/4/2023

27

28

**FILED**

SEP 18 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK