UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN MARSHJON MCDOUGLAND, | No.  2:22-cv-2242 DB P |
| Plaintiff, | |
| v. | ORDER |
| J. BELLUOMINI, et al., | |
| Defendants. | |

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.  He alleges that defendants Belluomini, Bargstadt, Branion, Bunch, Castille, Dennis, McElroy, Priest, Purtle, Strope, and Williams used excessive force against him and that defendants Arciga, Abraham, Reyes, Taylor, Farhat, and Sarai failed to intervene to stop them, in violation of his Eighth Amendment rights.  Presently before the court is the California Office of the Attorney General's ("OAG") motion for an extension of time to file waiver of service of process for the defendants who are waiving service.  (ECF No. 31.)  This is the OAG's second request for an extension of time to file waivers of service of process.

     In support of the motion, counsel states that additional time is necessary because it has not yet been able to determine if it will be representing defendants Abraham, Arciga, Bargstandt, Belluomini, Branion, Bunch, Castille, Dennis, Farhat, McElroy, Priest, Purtle, Reyes, Sarai,

1

Strope, Thomas, and Williams. (ECF No. 31 at 2.) Additionally, there has been a delay in receiving information necessary to make the determination. Good cause appearing, the court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request for an extension of time (ECF No. 31) is granted; and
2. Defendants shall file waivers of service no later than January 29, 2024; and
3. Defendants' responsive pleading deadline is extended thirty days.

Dated: December 28, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 12
DB/DB Prisoner Inbox/Civil Rights/R/mcdo2242.36(2)