IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAMIEN MARSHJON MCDOUGLAND,**<br><br>Plaintiff,<br><br>v.<br><br>**J. BELLUOMINI, et al.,**<br><br>Defendants. | Case No. 2:22-cv-02242 DB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

The Court, having considered the motion by Defendants Abraham, Arciga, Bargstadt, Belluomini, Branion, Bunch, Castille, Dennis, Farhat, McElroy, Priest, Purtle, Reyes, Sarai, Strope, Thomas, and Williams to modify the Discovery and Scheduling Order, and good cause appearing, order as follows:

   1.   The deadline to complete discovery until January 20, 2025. Any motions necessary to compel discovery shall be filed by that date.

   2.   All pretrial motions, except motions to compel discovery, shall be filed on or before April 19, 2025.

////

////

1

3. The other provisions of the Court's August 20, 2024 Discovery and Scheduling Order will remain unchanged.

**IT IS SO ORDERED.**

Dated: November 22, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE