1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAMIEN MASHJON MCDOUGLAND,              No.  2:22-cv-02242 SCR P

12              Plaintiff,

13         v.                                 ORDER

14    J. BELLUOMINI, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se and in forma pauperis is this civil rights

18    action under 42 U.S.C. §1983.  In his motion to appoint counsel dated January 10, 2025, plaintiff

19    suggested that responding to defendants' discovery requests and sitting for his deposition may

20    implicate his Fifth Amendment right against self-crimination.  (ECF No. 50.)  The undersigned

21    found plaintiff's motion insufficient to evaluate his Fifth Amendment concerns and on January

22    22, 2025, ordered the parties to submit a short brief within 30 days explaining what steps the

23    parties have taken during the discovery process thus far, what discovery is left to be done, any

24    challenges they are facing with respect to discovery, and information about any pending criminal

25    case or investigation involving the same acts as plaintiff's § 1983 action.  (ECF No. 51.)

26         Defendants filed their response on February 6, 2025.  (ECF No. 52.)  Plaintiff, however,

27    has yet to respond.  Plaintiff will be ordered to file a response and a statement explaining why he

28    was not able to do so in a timely manner.  If plaintiff fails to file a response or fails to show good

1

1    cause for his failure to respond, this court will rule on plaintiff's motion to appoint counsel on the

2    current record.

3        Accordingly, IT IS HEREBY ORDERED that within twenty-one (21) days of the date of

4    this order, plaintiff shall file the following:

5        1.  A short brief of no more than five pages explaining what steps he has taken during the

6    discovery process thus far, what discovery is left to be done, any challenges he is facing with

7    respect to the discovery process, and information about any pending criminal case or

8    investigation involving the same acts as his § 1983 action.  Plaintiff may include supporting

9    documents attached to the brief with any information he believes is relevant to this issue.

10        2.  A response to this order explaining why plaintiff was unable to file a timely response

11    to defendants' motion to compel plaintiff's discovery responses.

12    DATED: February 28, 2025

13

14    _____

     SEAN C. RIORDAN

15    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2