UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN MARSHJON McDOUGLAND, | No. 2:22-cv-02242 SCR P |
| Plaintiff, | |
| v. | ORDER |
| J. BELLUOMINI, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis is this civil rights action under 42 U.S.C. §1983. On April 17, 2025, defendants filed a motion for summary judgment. (ECF No. 57.) Pursuant to the Discovery and Scheduling Order in this matter, defendants' motion for summary judgment shall be briefed in accordance with Local Rule 230(*l*). (ECF No. 44 at 6, ¶ 7.) Rule 230(*l*) states that opposition to a motion must be filed "not more than twenty-one (21) days after the date of service of the motion." The rule further states that "[f]ailure . . . to file an opposition or a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."

More than twenty-one days have passed since defendants served their motion and plaintiff has not filed a response. Plaintiff will be ordered to file a response to the motion and a statement explaining why he was not able to do so in a timely manner. If plaintiff fails to file a response to

the motion or fails to show good cause for his failure to file it on time, this court will deem the failure a waiver of any opposition to defendants' motion.

Accordingly, IT IS HEREBY ORDERED that within twenty-one (21) days of the date of this order, plaintiff shall file the following:

1. A response to defendants' motion for summary judgment that complies with Federal Rule of Civil Procedure 56 and Local Rule 260; and
2. A response to this order explaining why plaintiff was unable to file a timely response to defendants' motion for summary judgment.

DATED: May 28, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE