UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN MARSHJON MCDOUGLAND, | No. 2:22-cv-02242 WBS SCR P |
| Plaintiff, | |
| v. | ORDER SETTING SETTLEMENT CONFERENCE |
| J. BELLUOMINI, et al., | |
| Defendants. | |

Plaintiff is incarcerated in state prison and proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. The Court resolved defendants' motion for summary judgment on November 19, 2025. ECF No. 63. The undersigned believes this case would benefit from a settlement conference, but the Court's efforts to schedule that convening have been unsuccessful due to plaintiff's unavailability. However, the parties have now indicated to the Court that they are ready to proceed.

Accordingly, IT IS HEREBY ORDERED that:

1.      The case is **referred to Magistrate Judge Carolyn Delaney to conduct a settlement conference via Zoom video conference on August 13, 2026, at 9:30 a.m.**

2.      Instructions for the settlement conference and an order and a writ of habeas corpus ad testificandum will issue separately in due course.

/////

1

3.    The action is hereby stayed to allow the parties an opportunity to settle their dispute.  In the event the settlement conference does not result in a settlement, within 30 days the court will issue a further scheduling order that includes a lift of the stay.

DATED: May 18, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2